**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER MORRIS,<br>Individually,<br><br>Plaintiff,<br><br>v.<br><br>ASCENSION MACOMB OAKLAND,<br>HOSPITAL,<br><br>Defendants. | ) | Case No. 2:24-cv-11502-DPH-EAS<br>Honorable Denise Page Hood |

DAVIS LAW GROUP
Maurice Davis (P76203)
27600 Northwestern Hwy, Suite 215
Southfield, MI 48034
(248) 469-8501 Phone
maurice@michigancriminallawyer.com

RAND LAW, LLC
Jasmine Rand
Florida Bar No.: 77047
2525 Ponce de Leon Blvd., Ste. 300
Miami, FL 33134
(706) 424-1027 Phone
jasminerand@gmail.com
Attorney Pro Hac Vice

JACKSON LEWIS P.C.
Maurice G. Jenkins (P33083)
Michelle J. LeBeau (P51440)
Amira Genevieve Adel (P85046)
Attorneys for Defendant, Ascension Macomb Oakland Hospital
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
michelle.lebeau@jacksonlewis.com

KITCH ATTORNEYS & COUNSELORS, P.C.
Cheryl A. Cardelli (P36017)
Joslyn R. Iafrate (P74362)
Co-counsel for Defendant, Ascension Macomb Oakland Hospital
One Woodward Suite 2400
Detroit, MI 48226
(313) 965-7305
Cheryl.cardelli@kitch.com
Joslyn.iafrate@kitch.com

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED by and between counsel for the respective parties herein, that this case be dismissed, as to all Defendants with prejudice and without costs to any party, dismissing and closing the entire case as to all parties.

IT IS SO ORDERED.

THIS IS A FINAL ORDER AND DISMISSES THE ENTIRE ACTION.

s/Denise Page Hood
United States District Judge

Dated: September 17, 2025

Approved:

By: */s/ Maurice Davis*
Maurice Davis (P76203)
Attorneys for Plaintiff

By: */s/ Cheryl A. Cardelli*
CHERYL A. CARDELLI (P36107)
Attorney for Defendants